UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/23/25
```

CHANG-GYU HAHN,

        Plaintiff,

-against-

SPRINGER NATURE LIMITED, *et al.*,

        Defendants.

25-CV-3816 (VSB) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

**Service of the First Amended Complaint**

    On May 8, 2025, plaintiff filed the initial complaint (Dkt. 3), as well as requests for issuance of summons as to each defendant. (Dkts. 4-6.) On May 9, 2025, the Honorable Vernon S. Broderick, United States District Judge, *sua sponte* dismissed the complaint without prejudice for plaintiff's failure to plead a basis of federal subject-matter jurisdiction, but granted leave to amend. (Dkt. 7.) On May 12, 2025, plaintiff filed a First Amended Complaint (FAC) alleging subject-matter jurisdiction based on complete diversity of citizenship. (Dkt. 11 ¶¶ 14-18.) To date, plaintiff has not requested the issuance of a summons of the FAC as to each defendant or filed any proof of service on the docket. Pursuant to Fed. R. Civ. P. 4(m), plaintiff's deadline to serve

defendants with the FAC is **August 11, 2025.** Counsel for the plaintiff must also serve a copy of this Order on each defendant and must file proof of such service with the Court.

## General Pre-Trial Management

1. Once a discovery schedule has been issued, all discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is this Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery will be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy

copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York         SO ORDERED.
       June 23, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**