UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/5/25__
```

CHANG-GYU HAHN,

        Plaintiff,

    -against-

SPRINGER NATURE LIMITED, et al.,

        Defendants.

25-CV-3816 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court notes that defendants appeared through counsel (Dkts. 15-17) more than twenty-one days ago, the presumptive time within which to answer or respond to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). It is hereby ORDERED that, unless the parties have stipulated to another schedule, defendants must answer or respond to the operative First Amended Complaint (Dkt. 11) no later than **September 19, 2025**. If the parties have stipulated to a different schedule, they must promptly present their stipulation to the Court.

Dated: New York, New York
       September 5, 2025

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**