UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANG-GYU HAHN,

        Plaintiff,

-against-

SPRINGER NATURE LIMITED, et al.,

        Defendants.

25-CV-3816 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendants filed two motions to dismiss on September 12, 2025 (Dkts. 23, 26), making plaintiff's opposition due no later than September 26, 2025. *See* Local Civ. R. 6.1(b). That deadline has come and gone.

The Court hereby *sua sponte* extends plaintiff's time to oppose the motions to dismiss to **October 8, 2025**. Defendants' replies, if any, will be due no later than **October 15, 2025**. Plaintiff is cautioned that if he does not file a timely response to the motions, they may be granted as unopposed.

Defendants are also reminded that they must promptly submit courtesy copies of their motion papers, including all exhibits. *See* Moses Ind. Prac. § 2(g).

Dated: New York, New York
      September 30, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**