# MEMO ENDORSED

**Augello Law Group, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/25

*Cynthia A. Augello, Esq.*
*Managing Partner (admitted in NY, NJ, CA)*
212-653-9719
cynthia@augellolaw.com

October 22, 2025

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> Application GRANTED. Plaintiff's opposition is due no later than **November 5, 2025**. Defendants' reply is due no later than **November 12, 2025**. The parties are reminded that all pretrial motions and applications, including those related to scheduling, must be made to Judge Moses. *See* Dkts. 12, 13. SO ORDERED.
>
> [signature]
> Barbara Moses
> United States Magistrate Judge
> October 23, 2025

Re: Hahn v. Springer Nature, et al.
 Civ. Case No.: 1:25-cv-03816-VSB-BCM

Dear Judge Broderick:

    This firm represents Plaintiff in the above-referenced action. At this time, Plaintiff respectfully requests a two week extension of time to respond to the Motions to Dismiss filed by Defendants. The reason for this request is that the parties have agreed to a resolution of this matter in principle and need additional time to reduce the agreement to writing. Counsel for Defendants consent to this request.

    This is the second request for an extension and would impact the reply date for Defendants which is currently October 29, 2025.

    We thank the Court for its time and attention to this Action and request.

Respectfully Submitted,

AUGELLO LAW GROUP

By: /s/ Cynthia A. Augello
*Attorneys for Defendants*
1130 Avenue of the Americas
23rd Floor
New York, New York 10019
Tel: 212-653-9719
cynthia@augellolaw.com