**Augello Law Group, P.C.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/6/25__
```

*Cynthia A. Augello, Esq.*
*Managing Partner (admitted in NY, NJ, CA)*
212-653-9719
cynthia@augellolaw.com

# MEMO ENDORSED

November 5, 2025

**VIA ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> /s/ Barbara Moses
>
> Barbara Moses
> United States Magistrate Judge
> November 6, 2025

   Re: Hahn v. Springer Nature, et al.
       Civ. Case No.: 1:25-cv-03816-VSB-BCM

Dear Magistrate Judge Moses:

   This firm represents Plaintiff in the above-referenced action. At this time, Plaintiff respectfully requests a two week extension of time to respond to the Motions to Dismiss filed by Defendants. As this Court is aware, the parties have reached a resolution of this matter. The reason for this request is that the parties are still in the process of finalizing the settlement paperwork. Counsel for Defendants consent to this request.

   This is the third request for an extension and would impact the reply date for Defendants which is currently November 12, 2025.

   We thank the Court for its time and attention to this Action and request.

                                          Respectfully Submitted,

                                          AUGELLO LAW GROUP

                                          By: /s/ Cynthia A. Augello
                                          *Attorneys for Defendants*
                                          1130 Avenue of the Americas
                                          23rd Floor
                                          New York, New York  10019
                                          Tel: 212-653-9719
                                          cynthia@augellolaw.com