

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/25
```

*Cynthia A. Augello, Esq.*
*Managing Partner (admitted in NY, NJ, CA)*
*212-653-9719*
*cynthia@augellolaw.com*

# MEMO ENDORSED

November 19, 2025

**VIA ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> November 20, 2025

Re: Hahn v. Springer Nature, et al.
Civ. Case No.: 1:25-cv-03816-VSB-BCM

Dear Magistrate Judge Moses:

This firm represents Plaintiff in the above-referenced action. At this time, Plaintiff respectfully requests a one-week extension of time to respond to the Motions to Dismiss filed by Defendants. As this Court is aware, the parties have reached a resolution of this matter. The reason for this request is that the Defendants, who are partially located abroad, still need to sign the agreement. Plaintiff has already executed the settlement agreement. Counsel for Defendants has not objected to this request. This is the fourth request for an extension and would impact the reply date for Defendants which is currently November 26, 2025.

We thank the Court for its time and attention to this Action and request.

Respectfully Submitted,

AUGELLO LAW GROUP

By: /s/ Cynthia A. Augello
*Attorneys for Defendants*
1330 Avenue of the Americas
23rd Floor
New York, New York 10019
Tel: 212-653-9719
cynthia@augellolaw.com